

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DNK QUARTEY,

    Petitioner,

v.                                      25-CV-1081 (JLS)
                                          ORDER

EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW, UNITED
STATES DEPARTMENT OF
HOMELAND SECURITY CHIEF
COUNSEL OFFICE (DHS CHIEF
COUNSEL OFFICE BATAVIA),

    Respondents.

---

*Pro se* Petitioner, DNK Quartey, is a civil immigration detainee currently confined at the Buffalo Federal Detention Facility. Petitioner has filed a Petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] Dkt. 1.

## DISCUSSION

The filing fee for a petition for a writ of habeas corpus is $5.00. 28 U.S.C. § 1914(a). Whenever a civil immigration detainee submits a petition for a writ of habeas corpus, the prisoner must either (1) pay the filing fee or (2) submit a motion to proceed *in forma pauperis*. Under 28 U.S.C. 1915(a)(1), the *in forma pauperis*

---

[1] The case was initially filed in the District of Arizona (Dkt. 1), but was transferred, upon Petitioner's request, to this district. Dkt. 5.

motion must include an affidavit or affirmation establishing that the petitioner is unable to pay the fees and costs for the proceedings.[2]

Here, Petitioner did not pay the $5.00 filing fee nor did he submit a motion to proceed *in forma pauperis*.

## CONCLUSION

For the reasons set forth above, the Clerk of Court shall administratively terminate the Petition without prejudice. Petitioner is granted leave to reopen his Petition by either (1) paying the $5.00 filing fee or (2) submitting a motion to proceed *in forma pauperis* that establishes Petitioner's inability to pay fees and costs by **November 27, 2025**.[3]

## ORDER

IT IS HEREBY ORDERED that the Clerk of Court shall administratively terminate this action without prejudice without filing the Petition or assessing a filing fee; and it is further

---

[2] The Court has ordered that a form motion to proceed *in forma pauperis* with supporting affirmation be mailed to the petitioner. The form also is available at http://www.nywd.uscourts.gov/pro-se-forms.

[3] Such an administrative termination is not a "dismissal' for purposes of the statute of limitations, and if the case is reopened following the terms of this order, it is not subject to the statute of limitations time bar if it was originally filed timely. *See Houston v. Lack,* 487 U.S. 266 (1988) (prisoner mailbox rule); *McDowell v. Delaware State Police,* 88 F.3d 188, 191 (3d Cir. 1996); *see also Williams-Guice v. Bd. of Educ.,* 45 F.3d 161, 163 (7th Cir. 1995).

2

ORDERED that the Clerk of Court shall send to Petitioner a form motion to proceed *in forma pauperis*; and it is further

ORDERED that if Petitioner wishes to reopen this action, **by November 27, 2025**, Petitioner must submit either (1) a motion to proceed *in forma pauperis* that includes an affidavit or affirmation establishing the inability to pay fees and costs or (2) the $5.00 filing fee; and it is further

ORDERED that upon Petitioner's submission of either (1) a motion to proceed *in forma pauperis* or (2) the $5.00 filing fee, the Clerk of Court shall reopen this case.

SO ORDERED.

Dated:     October 28, 2025
           Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE