Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DNK QUARTEY | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 25-CV-1081 |
| v. | |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, ET AL | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the case is administratively terminated.

Date: October 28, 2025                                         MARY C. LOEWENGUTH
                                                               CLERK OF COURT

                                                               By: s/ Colin
                                                                   Deputy Clerk